## UNITED STATES BANKRUPTCY
## NORTHEN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In re:   Case No. 19-32571 | ) |
| | ) |
| ARTHUR ROBERSON, | ) |
| Debtor, | ) |
| | ) |
| THE ILLINOIS DEPARTMENT OF EMPLOYMENT SECURITY, | ) Bk No. 19-32571 |
| | ) |
| Plaintiff, | ) Adv. Pro. No. 20-00091 |
| v. | ) |
| | ) JUDGE JACK B. SCHMETTERER |
| ARTHUR ROBERSON, | ) |
| Defendant. | ) |

### FINDINGS OF FACT AND CONCLUSIONS OF LAW

This matter coming on to be heard on the Motion for Default Judgment on the Verified Complaint herein and after such hearing the court makes the following finds of fact and conclusions of law.

### FINDINGS OF FACT

1. The defendant, ARTHUR ROBERSON, was employed by SCR Medical Transportation for the week ending July 15, 2017 and MV Public Transportation, for the weeks ending July 22, 2017 through December 30, 2017.

2. The defendant earned wages for said period as set forth in the Notice of Fraud Decisions.

3. During the same period of time the defendant applied for and received unemployment benefits totaling $5,662.00.

4. The defendant did not report his employment or his earnings during these periods as he was required to do.

5. As of  4/15/20  , the sum of $5,662.00 is due.

## CONCLUSIONS OF LAW

1. Through his false representations, the defendant received a total of $5,662.00 in unemployment benefits to which he was not entitled.

2. As of 4/15/20, the defendant is indebted to plaintiff in the sum of $5,662.00.

3. Pursuant to 11 U.S.C. §523(a)(2)(A) of the Bankruptcy Code, said debt is not dischargeable as it is a debt for obtaining money by false representations.

4. Defendant's debt to plaintiff is excepted, under 11 U.S.C. §523(a)(2)(A), from any discharge granted the defendant in the underlying bankruptcy case.

Enter: [signature]

Dated: 4/28/20